The City of New York, Respondent, v. Louis Urgalo and John Crispi, Appellants.— Motion denied, without costs, provided the appellants perfect their appeal in time to place the case upon the next calendar of this court and be ready for argument when the cause is reached; otherwise motion granted, with ten dollars costs. Present— Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

Robert L. Davis, Respondent, v. John L. Dodge, Appellant.— Motion denied, without costs, provided the appellant perfect his appeal in time to place the case upon the next calendar of this court and be ready for argument when the cause is reached; otherwise motion granted, with ten dollars costs. Present — Woodward, Jenks, Hooker, Gaynor and Miller, JJ.